UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GEORGE SHAHINIAN TRUST, <br><br> Plaintiff, <br><br> v. <br><br> ROCKET FUEL, INC., et al., <br><br> Defendants. | Case No. 17-cv-04707-JST <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

The Court has received the parties' stipulation to dismiss this action as moot and retain jurisdiction to determine Plaintiff's counsel's potential joint application for fees and expenses. ECF No. 4. In the stipulation, the parties state that this case is related to Case No. 3:17-cv-04454-JD, <u>Bushansky, et al. v. Rocket Fuel, Inc. et al.</u> ECF No. 4 at 3.

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable James Donato for consideration of whether the case is related to No. 3:17-cv-04454-JD.

**IT IS SO ORDERED.**

Dated: September 15, 2017

_____
JON S. TIGAR
United States District Judge